# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2010

141425

ESTATE OF JOHN RICHARD PHELPS,
by and through its personal representatives,
RICHARD PHELPS and SHELLEY PHELPS,
      Plaintiff-Appellant,

v

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,
      Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141425
COA: 289537
Kalamazoo CC: 07-000444-NF

On order of the Court, the application for leave to appeal the June 10, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2010

Clerk

p1124